| | |
|---|---|
| 1 | Tyler M. Paetkau (Bar No. 146305) |
| | E-mail:tyler.paetkau@procopio.com |
| 2 | Melinda M. Morton (Bar No. 209373) |
| | E-mail:mindy.morton@procopio.com |
| 3 | Olga Savage (Bar No. 252009) |
| | E-mail:olga.savage@procopio.com |
| 4 | Procopio, Cory, Hargreaves & Savitch LLP |
| | 1117 S California Ave, Suite 200 |
| 5 | Palo Alto, CA 94304 |
| | Telephone: 650.645.9000 |
| 6 | Facsimile: 619.235.0398 |

Attorneys for Defendant UNIVERSAL SCREEN ARTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN BURZDAK, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL SCREEN ARTS, INC., an Ohio Corporation,<br><br>Defendant. | Case No. 3:21-cv-02148-EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[L. R. 6-1(a)]<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rule 6-1(a), Defendant Universal Screen Arts, Inc. ("USA") and Plaintiff Karen Burzdak ("Plaintiff") and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff served her complaint in this matter ("Complaint") upon defendant USA on April 15, 2021.

WHEREAS, USA. currently has until May 6, 2021 to answer or respond to the Complaint.

WHEREAS, USA. has requested and Plaintiff has agreed to an extension of U.S.A's deadline to answer or otherwise respond to the Complaint until May 20, 2021.

WHEREAS, the proposed extension will not alter the date of any deadline or any event already fixed by Court Order.

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their

respective counsel, that the time for USA to answer or otherwise respond to the Complaint shall be extended until and including May 20, 2021.

DATED: May 5, 2021         PROCOPIO, CORY, HARGREAVES &SAVITCH LLP

By: /s/Melinda M. Morton
Tyler M. Paetkau
Melinda M. Morton
Olga Savage
Attorneys for Defendant
UNIVERSAL SCREEN ARTS

DATED: May 5, 2021         EDELSON PC

By: /s/Lily E. Hough
Rafey S. Balabanian
Lily E. Hough
Attorneys for
Plaintiff KAREN BURZDAK

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

/s/Melinda M. Morton
Tyler M. Paetkau
Melinda M. Morton
Olga Savage
Attorneys for Defendant
UNIVERSAL SCREEN ARTS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
05/07/2021
GRANTED
Judge Edward M. Chen