# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **3:21-cv-02148-EMC**

Date case was first filed in U.S. District Court: **03/26/2021**

Date of judgment or order you are appealing: **08/16/2021**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendant Universal Screen Arts, Inc.

Is this a cross-appeal?  ○ Yes   ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Manatt, Phelps & Phillips

2049 Century Park East, Suite 1700

City: Los Angeles   State: CA   Zip Code: 90067

Prisoner Inmate or A Number (if applicable):

Signature: /s/ Kristin E. Haule   Date: Sep 14, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Defendant Universal Screen Arts, Inc.

Name(s) of counsel (if any):

> Benjamin Shatz; Christine M. Reilly; Justin Jones Rodriguez; Kristin E. Haule
> Manatt, Phelps & Phillips LLP

Address: 2049 Century Park East, Suite 1700, Los Angeles, CA 90067

Telephone number(s): 310-312-4000

Email(s): bshatz@manatt.com; creilly@manatt.com; jjrodriguez@manatt.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Plaintiff Karen Burzdak

Name(s) of counsel (if any):

> Rafey Balabanian; Lily Hough
> Edelson PC

Address: 123 Townsend Street, Suite 100, San Francisco, CA 94107

Telephone number(s): 415-212-9300

Email(s): rbalabanian@edelson.com; lhough@edelson.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *Rev. 12/01/2018*