Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Attorneys for Plaintiff and the Settlement Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN BURZDAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL SCREEN ARTS, INC., an Ohio corporation,<br><br>Defendant. | CASE NO.: 3:21-cv-02148-EMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE: REDISTRIBUTION**<br><br>Judge: Edward M. Chen |

Pursuant to the Court's instruction at the Tuesday, July 30, 2024 Case Management Conference, Plaintiff Karen Burzdak and Defendant Universal Screen Arts, Inc. (the "Parties") submit this stipulation and proposed order setting forth a schedule for redistributing remaining Settlement Funds to Settlement Class Members.

WHEREAS, according to the Post-Distribution Accounting filed by Class Counsel on July 23, 2024 (Docket No. 121 at 3), there remains a balance of $242,270.50 in the Settlement Fund reflecting the value of checks that were not cashed by Settlement Class Members despite an e-mail reminder prior to the expiration date;

1  WHEREAS, per the terms of the Amended Settlement Agreement, "such funds will first be re-distributed to Settlement Class Members who cashed their checks or successfully received their electronic payments, if feasible and in the interests of the Settlement Class. If redistribution is not feasible, such funds shall be distributed to a *cy pres* recipient approved by the Court."  Docket No. 99-1 ¶ 2.1(f).

WHEREAS, the Settlement Administrator estimates that redistribution of remaining funds to Settlement Class Members who cashed their first payment will incur additional administrative costs of approximately $18,234.56;

WHEREAS, in order to maximize the likelihood that Settlement Class Members cash the second round of distributions and to avoid administrative expenses disproportionate to the amounts disbursed, Class Counsel has recommended a minimum check value of $5.00, which, per the Settlement Administrator, is estimated to result in an average net supplemental payment of approximately $19.32 to approximately 11,596 Settlement Class members;

WHEREAS, the Settlement Administrator has proposed issuing checks by August 15, 2024 with a check cashing deadline of November 13, 2024, and a supplemental disbursement declaration to be filed by December 13, 2024;

WHEREAS, if uncashed funds remain in the Settlement Fund after a second round of redistribution, Class Counsel will submit a proposal regarding *cy pres* recipient(s) by December 13, 2024.

THEREFORE, the Parties respectfully request that the Court order: (1) the Settlement Administrator to commence the redistribution with a $5.00 minimum by August 15, 2024; (2) the Settlement Administrator to submit a supplemental disbursement declaration by December 13, 2024; (3) Class Counsel to submit an updated post-distribution accounting and, if necessary, a proposed *cy pres* recipient by December 13, 2024; and (4) the Settlement Administrator to disburse administrative fees incurred to date and may disburse the fees associated with the supplemental distribution after filing the supplemental disbursement declaration.

**IT IS SO STIPULATED.**

|     |                        |                                                  |
| --- | ---------------------- | ------------------------------------------------ |
| 1   |                        | Respectfully submitted,                          |
| 2   | Date: August 7, 2024   | By: */s/ Yaman Salahi*                           |

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Attorneys for Plaintiff Karen Burzdak and the Settlement Class*

By: */s/ Justin Jones Rodriguez*

Christine M. Reilly
Justin Jones Rodriguez
MANATT, PHELPS & PHILLIPS, LLP

## **ATTESTATION OF ELECTRONIC SIGNATURE**

I hereby attest that pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I have obtained authorization from the above signatory representing Defendant to file the above-referenced document, and that the above signatory concurs in the filing's content.

Dated: August 7, 2024

/s/ *Yaman Salahi*

1  **[PROPOSED] ORDER**

2  Pursuant to the Parties' stipulation, and based on the Court's finding of good cause and
3  that all the relevant criteria of Rule 23 are satisfied, the Court hereby orders: (1) the Settlement
4  Administrator to commence the redistribution by August 15, 2024; (2) the Settlement
5  Administrator to submit a supplemental disbursement declaration by December 13, 2024; (3)
6  Class Counsel to submit an updated post-distribution accounting and, if necessary, a proposed *cy*
7  *pres* recipient by December 13, 2024.  Additionally, the Settlement Administrator is authorized to
8  disburse administrative fees incurred to date and may disburse the fees associated with the
9  supplemental distribution after filing the supplemental disbursement declaration.
10   .
11  **IT IS SO ORDERED.**

13  Dated this  15  day of   August   , 2024.

15  _____
16  Hon. Edward M. Chen
    United States District Judge